UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 29, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ATENAEL VELASQUEZ-VALDEZ,

    Defendant.

Case No. 2:24-cr-00090-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ATENAEL VELASQUEZ-VALDEZ, Case No. 2:24-cr-00090-KJM, Charge 8 U.S.C. § 1326(a), from custody for the following reasons:

    ___ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of $ 10,000.00

        ___ Unsecured Appearance Bond $

        ___ Appearance Bond with 10% Deposit

        _X_ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

    _X_ (Other): The Defendant shall be released on April 30, 2024 at 9:00 a.m. and must report directly to the Pretrial Services Office for processing.

Sacramento County Jail is further ORDERED to release the defendant with a _X_ 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on April 29, 2024 at 5:03 p.m.

By: /s/ Jeremy Peterson
Magistrate Judge Jeremy D. Peterson