UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ATENAEL VELASQUEZ-VALDEZ,<br><br>Defendant. | Case No.  2:24-cr-00090-KJM<br><br>REFUND ORDER |

On April 26, 2024, Maribel Godino posted a $10,000 cash bond (receipt #200006756) to secure the release of defendant.  However, at the April 25, 2024 detention hearing, the court ordered that the $10,000 cash bond shall be made only by the defendant's sister, Amairany Velazquez.

Accordingly, it is hereby ORDERED that the court's financial office is directed to refund the $10,000 cash bond posted on April 26, 2024 to Maribel Godino.

IT IS SO ORDERED.

Dated: April 30, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1