HEATHER E. WILLIAMS, 122664
Federal Defender
LINDA HARTER, 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax 916-498-5710

Attorneys for Defendant
ATENAEL VELASQUEZ-VALDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>ATENAEL VELASQUEZ-VALDEZ,<br><br>    Defendant. | Case No.  2:24-cr-00090-KJM<br><br>[~~PROPOSED~~] ORDER TO EXONERATE BOND<br><br>Hon. Jeremy D. Peterson |

IT IS HEREBY ORDERED in case no. 2:24-cr-00090-KJM the secured property bond be exonerated and that the Clerk of the Court reconvey to the sureties the titles and funds posted to secure the bonds. Mr. Velasquez-Valdez was sentenced and is now in the custody of the Bureau of Prisons. The secured bond posted on his behalf ($10,000-, receipt number 200006786) is to be returned to his sister, Amariany Velasquez forthwith.

Dated: September 16, 2024

_____
HON. JEREMY D. PETERSON
United States Magistrate Judge

-1-